AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Derek Andrew Nelson<br>*Defendant* | )<br>)<br>) Case No. 23 MJ 7121<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Derek Andrew Nelson

Date: 10-04-2023

/s/ Jonathan M. Brayman
*Attorney's signature*

Jonathan M. Brayman (IL Bar#6302461)
*Printed name and bar number*

Breen & Pugh
53 W Jackson Blvd #1550
Chicago IL 60604
*Address*

jbrayman@breenpughlaw.com
*E-mail address*

(312) 360-1001
*Telephone number*

(312) 362-9907
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

United States of America )
    *Plaintiff* )
    v. ) Case No. 23 MJ 7121
Derek Andrew Nelson )
    *Defendant* )

CERTIFICATE OF SERVICE

I certify that on 10-04-2023, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following: all registered ECF users who have appeared in this matter,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

 

/s/ Jonathan M. Brayman
*Attorney's signature*

Jonathan M. Brayman (IL Bar#6302461)
*Printed name and bar number*

Breen & Pugh
53 W Jackson Blvd #1550
Chicago IL 60604
*Address*

jbrayman@breenpughlaw.com
*E-mail address*

(312) 360-1001
*Telephone number*

(312) 362-9907
*Fax number*